IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA



**FILED**
NOV 18 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT
BY _____ DEP CLK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2012 BLACK KIA SORENTO, N.C. REGISTRATION DFZ-8465, V.I.N. 5XYKT3A12CG307693 REGISTERED TO ENRICO FERRANTE COTTON OF 10350 SUGARBERRY CT APT 208 RALEIGH, NC 27614 | Case No. 5:16-MJ-1986-JG<br><br>**Filed Under Seal** |

### ORDER TO SEAL TRACKING WARRANT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Drug Enforcement Administration with a copy of the affidavit, application for a tracking warrant, tracking warrant,\* and return of service, as well as a copy of the Motion and Order to Seal the same.

This the 17 day of November, 2016.

_____
HON. JAMES E. GATES
United States Magistrate Judge

\* Including Attachment A thereto.