UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:16-MJ-1986-JG

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR A WARRANT AUTHORIZING THE ) <br> INSTALLATION AND MONITORING OF A ) <br> TRACKING DEVICE IN OR ON A 2012 ) <br> BLACK KIA SORENTO, N.C. ) <br> REGISTRATION DFZ-8465, V.I.N. ) <br> 5XYKT3A12CG307693 REGISTERED TO ) <br> ENRICO FERRANTE COTTON OF 10350 ) <br> SUGARBERRY CT APT 208 RALEIGH, ) <br> NC 27614 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the previously requested Application, Affidavit, and Tracking Warrant in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: December 20, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge